AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

V.

**APPEARANCE**

**STEVEN CHAMBERS**

DOCKET NUMBER: 3:01MJ00110(JGM)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

JUNE 4, 2008
DATED

SIGNATURE

ALINA P. REYNOLDS
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct14968
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut    06604
CITY          STATE          ZIP CODE

203-696-3000
PHONE NUMBER